UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALEXANDRA HOBBS,** *On Behalf Of Herself And All Other Persons Similarly Situated*, <br><br>　　　　　　　　　　**Plaintiff,** <br><br>　　　　-against- <br><br> **MINNEAPOLIS RAG STOCK COMPANY,** <br><br>　　　　　　　　　　**Defendant.** | **23-CV-5375 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

　　The Clerk of Court is respectfully requested to terminate all pending motions and close the case.

**Dated:  July 24, 2023**
　　　　**New York, New York**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**